# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ALEXANDER RODRIGUEZ,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**WARDEN, ERO EL PASO CAMP EAST MONTANA; FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, ENFORCEMENT AND REMOVAL OPERATIONS, IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY; AND TODD BLANCHE, ACTING U.S. ATTORNEY GENERAL;**<br><br>***Respondents*.** | § § § § § § § § § § § § § § § § § § § § § | **No. 3:26-CV-01971-LS** |

**ORDER FOR UPDATED STATUS**

The government shall file on or before **December 4, 2026,** a response explaining whether Petitioner remains in custody, and if so, what efforts it has undertaken to remove him along with Petitioner's cooperation or noncooperation with same.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 24, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**